NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CLAY FREEMAN AND MARCEL BROEKMAAT**

---

2012-1158
(Serial No. 11/235,344)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

CHRISTOPHER J. ROURK, Jackson Walker L.L.P., of Dallas, Texas, argued for appellants.

SCOTT C. WEIDENFELLER, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 15, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |